IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:14-cv-767

| | |
|---|---|
| MICHAEL WOODS, an individual; RAMONA WOODS, an individual; and BNT AD AGENCY, LLC, <br>    Plaintiffs, <br><br>v. <br><br>CITY OF GREENSBORO, North Carolina, a municipality, and the following current and former members of the City Council in their official and individual capacities, TONY WILKINS, NANCY HOFFMAN, NANCY VAUGHAN, ZACK MATHENY, MARIKAY ABUZUAITER, T. DIANNE BELLAMY-SMALL, <br>    Defendants. | **NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA** |

PLEASE TAKE NOTICE that Defendant, City of Greensboro, pursuant to 28 U.S.C. §§ 1441 and 1446, has filed a Notice of Filing Notice of Removal to the United States District Court for the Middle District of North Carolina with the General Court of Justice, Superior Court Division, Guilford County to notify that court of the removal of this action to the United States District Court for the Middle District of North Carolina. A copy of the Notice of Filing Notice of Removal to the United States District Court for the Middle District of North Carolina is attached hereto as Exhibit A. Copies of the pleadings attached to the Notice of Removal have been filed with the Clerk of Court, Superior Court Division, Guilford County. These pleadings have not been attached to

this document because they were previously filed with this Court along with the Notice of Removal.

This the 8th day of September, 2014.

                          /s/Patrick M. Kane
                          Bruce P. Ashley
                          N.C. State Bar Number 13398
                          Patrick M. Kane
                          N.C. State Bar Number 36861
                          Lisa W. Arthur
                          N.C. State Bar Number 44184
                          *Attorneys for Defendant City of Greensboro*
                          SMITH MOORE LEATHERWOOD LLP
                          300 N. Greene Street, Suite 1400
                          Greensboro, NC 27401
                          Telephone: (336) 378-5200
                          Facsimile: (336) 378-5400

# CERTIFICATE OF SERVICE

This is to certify that the foregoing document was duly served in this action by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed to the following counsel of record:

>Willie E. Gary, Esq.
>Gary, Williams, Parenti, Watson & Gary
>221 SE Osceola Street
>Stuart, Florida 34994
>
>James Leonard Brown, Esq.
>A Professional Corporation
>5900 Wilshire Boulevard, Suite 2645
>Los Angeles, California 90036
>
>Michal A. Jones, Esq.
>Michael A. Jones & Associates, PLLC
>Chancellor Building
>100 East Parrish Street, Suite 450
>Durham, North Carolina 27707
>
>*Attorneys for Plaintiffs*
>
>Alan W. Duncan
>Van Laningham Duncan PLLC
>300 N. Greene St., Suite 850
>Greensboro, NC 27401
>
>*Attorney for Tony Wilkins, Nancy Hoffman, Nancy Vaughn,*
>*Zach Matheny, Marikay Abuzuaiter, T. Diane Bellamy-Small*

This the 8th day of September, 2014.

>/s/Patrick M. Kane
>Bruce P. Ashley
>N.C. State Bar Number 13398
>Patrick M. Kane
>N.C. State Bar Number 36861

3

Lisa W. Arthur
N.C. State Bar Number 44184
*Attorneys for Defendant City of Greensboro*
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400