IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL WOODS, RAMONA WOODS, )
and BNT AD AGENCY, LLC, )
)
        Plaintiffs, )
)
  v. ) 1:14CV767
)
CITY OF GREENSBORO, TONY )
WILKINS, NANCY HOFFMAN, )
NANCY VAUGHAN, ZACK MATHENY, )
MARIKAY ABUZUAITER, and )
T. DIANNE BELLAMY-SMALL, )
)
        Defendants. )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss (Docs. 10, 12) are **GRANTED** and that Plaintiffs' Amended Complaint (Doc. 5) is **DISMISSED**.

This the 11th day of December, 2015.

                                  */s/ William L. Osteen, Jr.*
                                  United States District Judge