# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL WOODS, RAMONA WOODS, and BNT AD AGENCY, LLC | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No. 1:14CV767 |
| CITY OF GREENSBORO, TONY WILKINS, NANCY HOFFMAN, NANCY VAUGHAN, ZACK MATHENY, MARIKAY ABUZUAITER, and T. DIANNE BELLAMY-SMALL Defendants | ) ) ) ) ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that MICHAEL WOODS, RAMONA WOODS, and BNT AD AGENCY, LLC, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the judgment granting defendants' Motion To Dismiss entered in this action on 11 December 2015.

Date: 11 January 2016

/s/ Michael A. Jones
Michael A. Jones
Attorney for Plaintiffs
100 East Parrish St., Suite 450
Durham, N.C. 27707
Email: jonesmlaw@aol.com
Telephone: (919) 688-9882
N.C. State Bar No. 19099

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appeal was electronically filed with the Clerk of Court and upon the parties listed below through the CM/ECF system, as follows:


Mr. Alan W. Duncan, Esq.
Mr. Stephen M. Russell, Jr., Esq.
Van, Laningham, Duncan, P.L.L.C.
300 N. Greene St., Suite 850
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@vldlitigation.com
srussell@vldlitigation.com
Attorneys for the Individual Defendants


Mr. John Roseboro, Assistant City Attorney
City of Greensboro
300 West Washington Street
Greensboro, North Carolina 27401
Telephone: (336)
Facsimile: (336)
john.roseboro@greensboro-nc.gov
Attorney for the City of Greensboro and the
City Council Defendants in their official capacities


Mr. Patrick M. Kane, Esq.
Mr. Bruce P. Ashley, Esq.
Smith, Moore, Leatherwood, LLP.
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5352
Facsimile: (336) 433-7588

pat.kane@smithmoorelaw.com
bruce.ashley@smithmoorelaw.com
Attorneys for the City of Greensboro and the
City Council Defendants in their official capacities

                            This 11th day of January 2016.

                            /s/  Michael A. Jones, Esq.
                            Michael A. Jones & Associates, P.L.L.C.
                            100 East Parrish Street, Suite 450
                            Durham, North Carolina 27701
                            N.C. State Bar No. 19099
                            Telephone:  (919) 688-9882
                            Facsimile:   (919) 688-5414
                            Email:  jonesmlaw@aol.com