FILED: May 22, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1044
(1:14-cv-00767-WO-JEP)

_____

MICHAEL WOODS; RAMONA WOODS; BNT AD AGENCY, LLC

      Plaintiffs - Appellants

v.

CITY OF GREENSBORO, a municipality; NANCY VAUGHAN, in her official capacity; ZACK MATHENY, In his official capacity; MARIKAY ABUZUAITER, in her official capacity; T. DIANE BELLAMY-SMALL, in her official capacity; TONY WILKINS, in his official capacity; NANCY HOFFMAN, in her official capacity

      Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

      Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

      */s/Patricia S. Connor, Clerk*