IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-767

MICHAEL WOODS, an individual; )
RAMONA WOODS, an individual; and )
BNT AD AGENCY, LLC. )
)
                Plaintiffs, )
     vs. )
)
CITY OF GREENSBORO, North Carolina, )
a municipality, and the following current )
and former members of the City Council in )
their official and individual capacities, )
TONY WILKINS, NANCY HOFFMAN, )
NANCY VAUGHAN, ZACK MATHENY )
MARIKAY ABUZUAITER, T. DIANNE )
BELLAMY-SMALL )
                Defendants. )
_____

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Law Firm of GARY, WILLIAMS, PARENTI, WATSON & GARY, P. L., Michael A. Jones & Associates, P.L.L.C. and The Law Office of James Leonard Brown, by and through counsel, and hereby files this Motion to Withdraw as Counsel for the Plaintiffs, herein and as good cause therefore, shows that:

    1.    Plaintiff has retained new counsel, Attorney Norman B. Smith, Esq., in the above-captioned case.

2. This Motion to Withdraw is not made for purposes of delay and is made in good faith.

3. No undue prejudice will result to the client if the law firms are granted leave to withdraw, and there are no objections thereto.

4. Therefore, the undersigned law firms wishes to withdraw from this case.

WHEREFORE, the undersigned counsel on behalf of himself and all members of the law firm of GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L., Michael A. Jones & Associates, P.L.L.C and The Law Office of James Leonard Brown, request this Honorable Court grant their Motion to Withdraw.

I certify that a copy of the foregoing has been served on all parties on the attached Service List on this 27th day of September, 2017.

/s/ Willie E. Gary, Esquire
**GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.**
Willie E. Gary, Esquire
Florida Bar No.: 187843
Glenn A. Crickenberger
Florida Bar No.: 40892
221 East Osceola Street
Stuart, FL 34994
(772) 283-8260 - Telephone
(772) 220-3343 - Facsimile
weg@williegary.com
dpk@williegary.com

/s/  Michael A. Jones, Esq.
Michael A. Jones & Assoc, P.L.L.C.
100 East Parrish Street, Suite 450
Durham, North Carolina 27701N.C.
State Bar No.   19099
Telephone:  (919) 688-9882
Facsimile:   (919) 688-5414
Email: jonesmlaw@aol.com


/s/ James L. Brown, Esq.
James L. Brown, Esquire
5900 Wilshire Blvd. Suite 2645
Los Angeles, CA  90036
CA Bar No.: 40702
Telephone: (213) 251-2332
Facsimile:  (213) 607-1456
Email: jameslbrownlaw@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notice of filing to counsel of record, and it was also served by first class mail upon the following:

Mr. Norman Smith, Esq.
Smith, James, Rowlett, & Cohen, LLP
101 S. Elm Street, Suite 310
Greensboro, N.C. 27401
Telephone: 336-274-2992
Attorneys for Plaintiffs


Mr. Alan W. Duncan, Esq.
Mr. Stephen M. Russell, Jr., Esq.
Van, Laningham, Duncan, P.L.L.C.
300 N. Greene St., Suite 850
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@vldlitigation.com
srussell@vldlitigation.com
Attorneys for the Individual Defendants


Mr. John Roseboro, Assistant City Attorney
City of Greensboro
300 West Washington Street
Greensboro, North Carolina 27401
Telephone: (336)
Facsimile: (336)
john.roseboro@greensboro-nc.gov
Attorney for the City of Greensboro and the
City Council Defendants in their official capacities

Mr. Patrick M. Kane, Esq.
Mr. Bruce P. Ashley, Esq.
Smith, Moore, Leatherwood, LLP.
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5352

Facsimile: (336) 433-7588
pat.kane@smithmoorelaw.com
bruce.ashley@smithmoorelaw.com
Attorneys for the City of Greensboro and the
City Council Defendants in their official capacities

/s/ Willie E. Gary, Esquire
**GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.**
Willie E. Gary, Esquire
Florida Bar No.: 187843
Glenn A. Crickenberger
Florida Bar No.: 40892
221 East Osceola Street
Stuart, FL 34994
(772) 283-8260 - Telephone
(772) 220-3343 - Facsimile
weg@williegary.com
dpk@williegary.com

/s/ Michael A. Jones, Esq.
Michael A. Jones & Assoc, P.L.L.C.
100 East Parrish Street, Suite 450
Durham, North Carolina 27701N.C.
State Bar No. 19099
Telephone: (919) 688-9882
Facsimile: (919) 688-5414
Email: jonesmlaw@aol.com

/s/ James L. Brown, Esq.
James L. Brown, Esquire
5900 Wilshire Blvd. Suite 2645
Los Angeles, CA 90036
CA Bar No.:
Telephone: (213) 251-2332
Facsimile: (213) 607-1456
Email: jameslbrownlaw@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:14-CV-767

| | |
|---|---|
| MICHAEL WOODS, an individual; ) <br> RAMONA WOODS, an individual; and ) <br> BNT AD AGENCY, LLC. ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> CITY OF GREENSBORO, North Carolina, ) <br> a municipality, and the following current ) <br> and former members of the City Council in ) <br> their official and individual capacities, ) <br> TONY WILKINS, NANCY HOFFMAN, ) <br> NANCY VAUGHAN, ZACK MATHENY ) <br> MARIKAY ABUZUAITER, T. DIANNE ) <br> BELLAMY-SMALL ) <br> Defendants. ) | ORDER |

UPON CONSIDERATION of Plaintiffs' Motion to Withdraw as Counsel and the Court being of the opinion that there is good cause to grant the Motion hereby ORDERS:

That the Law Firm of GARY, WILLIAMS, PARENTI, WATSON & GARY, P. L., Michael A. Jones & Associates, P.L.L.C. and The Law Office of James Leonard Brown, are hereby permitted to withdraw as counsel for the Plaintiffs.

SO ORDERED this the _____ day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE