# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 3, 2017

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  City of Greensboro, North Carolina, et al.
            v. BNT Ad Agency, LLC
           No. 17-492
           (Your No. 16-1044)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 11, 2017 and placed on the docket October 3, 2017 as No. 17-492.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Clayton Higgins
      Case Analyst