IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:14-cv-00767

| | |
|---|---|
| BNT AD AGENCY, LLC,<br>    Plaintiff,<br><br>v.<br><br>CITY OF GREENSBORO,<br>    Defendant. | **MOTION TO EXCLUDE EXPERT TESTIMONY OF HOWARD ROCKNESS** |

Pursuant to Rule 702 of the Federal Rules of Evidence, Defendant the City of Greensboro ("the City") respectfully moves the Court to enter an order prohibiting Plaintiff BNT Ad Agency, LLC from introducing any testimony or evidence from Howard Rockness. In support of this motion, the City shows the Court the following:

1. This is an action for race discrimination under 42 U.S. § 1981.

2. BNT served the expert report of Howard O. Rockness in support of its claim for damages.

3. Rockness' opinions and testimony were not based on sufficient facts or data.

4. Rockness' opinions and testimony were not based on a reliable methodology.

5. In proffering Rockness as an "expert," BNT has failed to meet its burden under Rule 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

WHEREFORE, for the reasons stated above and explained more fully in the brief served herewith, the City respectfully requests that the Court 1) exclude Rockness' report, deposition testimony, and affidavit from consideration, 2) preclude Rockness from offering any expert testimony or additional evidence at trial, and 3) provide any such further relief that the Court deems appropriate under the circumstances.

This the 1st day of March, 2019.

          /s/Patrick M. Kane_____
Patrick M. Kane
N.C. State Bar Number 36861
pkane@foxrothschild.com
Bruce P. Ashley
N.C. State Bar Number 13398
bashley@foxrothschild.com

FOX ROTHSCHILD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile:  (336) 378-5400

John Roseboro
N.C. State Bar Number 26680

Email:
john.roseboro@greensboro-nc.gov
Greensboro City Attorney's Office
P.O. Box 3136
Greensboro, NC 27402-3136
Phone:   336-373-2320
Fax:   336-373-2078

*Attorneys for Defendant City of Greensboro*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to counsel for Plaintiff BNT Ad Agency, LLC:

>Norman B. Smith
>Smith, James, Rowlett & Cohen, LLP
>PO Box 990
>Greensboro, NC  27402-0990
>normanbsmith@earthlink.net
>*Attorney for Plaintiff BNT Ad Agency, LLC*

This the 1st day of March, 2019.

>/s/ Patrick M. Kane_____
>Patrick M. Kane
>N.C. State Bar Number 36861
>FOX ROTHSCHILD LLP
>300 N. Greene Street, Suite 1400
>Greensboro, NC 27401
>Telephone: (336) 378-5200
>Facsimile:  (336) 378-5400
>
>*Attorney for Defendant City of Greensboro*