FILED: January 4, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2123
(1:14-cv-00767-WO-LPA)

_____

BNT AD AGENCY, LLC

   Plaintiff - Appellant

and

MICHAEL WOODS; RAMONA WOODS

   Plaintiffs

ROBERT PERKINS

   Intervenor/Plaintiff

v.

CITY OF GREENSBORO, a municipality

   Defendant - Appellee

and

TONY WILKINS; NANCY HOFFMAN; NANCY VAUGHAN; ZACK MATHENY; MARIKAY ABUZUAITER; T. DIANE BELLAMY-SMALL

   Defendants

# M A N D A T E

The judgment of this court, entered December 10, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*